196 So. 151

**Holston MUSE v. STATE.**

**7 Div. 627.**

Supreme Court of Alabama.

May 9, 1940.

Motley & Motley, of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

FOSTER, Justice.

Petition of Holston Muse for certiorari to the Court of Appeals to review and re-

558

vise the judgment and decision of that Court in the case styled Muse v. State, 196 So. 148.

Writ denied.

GARDNER, C. J., and THOMAS and BOULDIN, JJ., concur.